

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00106-CV

Richard **TAYLOR,**
Appellant

v.

**CITY PUBLIC SERVICE,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18094
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was originally due March 27, 2017 but was not filed. On April 11, 2017, the court reporter filed a notification of late record stating the record was not filed because appellant has not requested the record nor has appellant paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **May 11, 2017** that either: (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee; or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due thirty days after the clerk's record is filed in this court, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.



Keith E. Hottle
Clerk of Court